Cyrus M. Sanai, SB#150387
SANAIS
9440 Santa Monica Boulevard
Suite 301
Beverly Hills, California, 90210
Telephone: (310) 717-9840
cyrus@sanaislaw.com

**FILED**

**Aug 07, 2023**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE SUSPENSON OF CYRUS SANAI

Case No. 2:23-mc-0307 KJM

**OBJECTION TO SUSPENSION BY EASTERN DISTRICT PURSUANT TO IN RE KRAMER, AND REQUEST FOR REINSTATEMENT OF ECF FILING PRIVILEGES**

DATE: July 28, 2023
ROOM: Courtroom 3, 15th Floor, Sacramento Courthouse
JUDGE: Hon. Kimberly Mueller

# NOTICE OF EX PARTE MOTION AND MOTION

TO THE CLERK OF THE COURT

Plaintiff Cyrus Sanai hereby moves this Court to vacate Sanai's suspension based on the violation of this due process rights.

After the longest trial in United States history, beginning in 2014 and ending in 2022, attorney Cyrus Sanai was suspended from the practice of law for 60 days, beginning on June 30, 2023.  Sanai notified this Court by letter and does so again today.

In such circumstances, the Court may not impose reciprocal discipline without issuance of an order to show cause and an opportunity to challenge the discipline. *In re Kramer*, 193 F.3d 1131, 1132 (9th Cir. 1999) (explaining that the district courts `"inherent authority to suspend or disbar lawyers. . . . must be exercised within the parameters of due process" (citations omitted)).

> The due process requirements established by Selling mean that, at a minimum, the district court should issue an order to show cause to Kramer and, unless he concedes that the action of the New York courts satisfies Selling and its progeny, the district court should review the state court record. *Cf. In Re Thies,* 662 F.2d 771, 772 (D.C. Cir. 1980); *In Re Jones,* 506 F.2d 527, 528-29 (8th Cir. 1974).

*Id.* at 1133.

There is nothing in the local rules that permit this suspension either.  The only automatic suspension allowed is for failure to pay fees or a decision by the attorney to become inactive:

> In the event an attorney appearing in this Court under (b) is no longer eligible to practice in any other jurisdiction by reason of suspension for nonpayment of fees or enrollment as an inactive member, the attorney shall forthwith be suspended from practice before this Court without any order of Court until becoming eligible to practice in another jurisdiction.

L.R. 180(c)

In any event, Sanai requests immediate reinstatement of his ECF filing

privileges, as he is party to a case in which he needs to make an immediate filing.

Dated: July 26, 2023                    SANAIS

/s/ CYRUS M. SANAI
Plaintiff