UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Reinstatement of Active Attorney Privileges of Cyrus Sanai, | No. 2:23-mc-00307-KJM<br><br>ORDER |

Cyrus Sanai moves for reinstatement of active attorney privileges. "Admission to and continuing membership in the Bar of this Court are limited to attorneys who are active members in good standing of the State Bar of California." E.D. Cal. L.R. 180(a). The court takes judicial notice that Cyrus Sanai is not a member in good standing of the State Bar of California.[1] *See White v. Martel*, 601 F.3d 882, 885 (9th Cir. 2010) (taking judicial notice of membership information reported on the California State Bar website).

"[A] federal court's imposition of reciprocal discipline on a member of its bar based on a state's disciplinary adjudication is proper unless an independent review of the record reveals: (1) a deprivation of due process; (2) insufficient proof of misconduct; or (3) grave injustice which would result from the imposition of such discipline." *In re Kramer*, 282 F.3d 721, 724 (9th Cir. 2002). "[I]t is the attorney's burden to demonstrate, by clear and convincing evidence, that one of [these] elements precludes reciprocal discipline." *Id.* at 725.

---

[1] https://apps.calbar.ca.gov/attorney/Licensee/Detail/150387 (last visited Aug. 11, 2023)

1

1    Sanai is ordered to **show cause within 14 days of receiving service of this order** why
2    reciprocal discipline should not be imposed.  Any request for an extension of time must be
3    accompanied by a showing of good cause.
4    IT IS SO ORDERED.
5    DATED: August 15, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE