UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Reinstatement of Active Attorney Privileges of Cyrus Sanai | No. 2:23-mc-00307-KJM<br><br>ORDER |

On August 7, 2023, Cyrus Sanai moved for reinstatement of active attorney privileges. *See* Motion, ECF No. 1. The court took judicial notice that Sanai is not a member in good standing of the State Bar of California[1] and ordered Sanai to show cause within 14 days of receiving service of the order why reciprocal discipline should not be imposed. *See* Order at 1-2, ECF No. 3. The court warned that "[a]ny request for an extension of time must be accompanied by a showing of good cause." *Id.* at 2. After not responding for 41 days, Sanai filed this Motion for Extension of Time and Response to the Order to Show Cause. *See* Motion for Extension, ECF No. 4.

In his motion, Sanai does not explain his delay in responding to the Order to Show Cause, does not explain why he needs more time to respond to the order to show cause, and does not

---

[1] https://apps.calbar.ca.gov/attorney/Licensee/Detail/150387 (last visited Oct. 2, 2023)

1

explain why reciprocal discipline should not be imposed.  *See id.*  The court therefore denies his motion for an extension of time and suspends his admission to practice in the U.S. District Court for the Eastern District of California.  *See In re Kramer*, 282 F.3d 721, 724 (9th Cir. 2002) (holding that an attorney must show by clear and convincing evidence why reciprocal discipline should not be imposed).  Sanai may proceed pro se in litigation in this district.

This order resolves ECF No. 4 and closes this miscellaneous case.

IT IS SO ORDERED.

DATED: October 3, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE